**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD ROGERS, individually and on behalf of similarly situated individuals, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 19-CV-3647 |
| v. | ) ) | Hon. Rebecca J. Pallmeyer |
| CANADIAN NATIONAL RAILWAY COMPANY, a Canadian corporation; ILLINOIS CENTRAL RAILWAY COMPANY, an Illinois corporation; and REMPREX, LLC, a Delaware limited liability corporation, | ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CANADIAN NATIONAL RAILWAY COMPANY AND DEFENDANT REMPREX, LLC PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Richard Rogers hereby voluntarily dismisses this action as to Defendant Canadian National Railway Company and Defendant Remprex, LLC. Plaintiff's dismissal is only as to those two Defendants and is without prejudice as to his claims and any claims of the putative class members.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing a notice of dismissal before a defendant serves either an answer or a motion for summary judgment. In this case, neither Defendant Canadian National Railway Company, nor Defendant Remprex, LLC, has filed an answer and neither has served a motion for summary judgment. In addition, no class has yet been certified in this matter.

Date: November 14, 2019                     Respectfully submitted,

                                            RICHARD ROGERS, individually and on
                                            behalf of a class of similarly situated
                                            individuals

                                            By:  /s/ David L. Gerbie
                                            *One of Plaintiff's Attorneys*

Myles McGuire
Evan M. Meyers
David L. Gerbie
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
dgerbie@mcgpc.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 14, 2019 I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel or record.

/s/ David L. Gerbie