# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD ROGERS, individually and on behalf of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ILLINOIS CENTRAL RAILROAD COMPANY, an Illinois Corporation,<br><br>　　　　　Defendant. | Case No. 19-CV-03647<br><br>Hon. Rebecca R. Pallmeyer |

## STIPULATION TO REMAND ACTION TO THE
## CIRCUIT COURT OF COOK COUNTY

Plaintiff, Richard Rogers ("Plaintiff") and Defendant Illinois Central Railroad Company ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to remand this action ("Action") to the Circuit Court of Cook County, Illinois, County Department, Chancery Division. In support of the instant Stipulation, the Parties state as follows:

WHEREAS, this Action was originally filed in the Circuit Court of Cook County, Illinois, County Department, Chancery Division on March 22, 2019;

WHEREAS, on May 31, 2019, Defendant removed this Action to the United States District Court for the Northern District of Illinois;

WHEREAS, facilitated by the assistance of private mediation with Judge James Epstein (Ret.) at JAMS and a follow-up settlement conference, the Parties have reached a settlement that, if finally approved, will resolve all claims asserted in this Action;

WHEREAS, the Parties have reduced their settlement to a memorandum of understanding and are diligently engaged in preparing a settlement agreement for execution;

1

WHEREAS, the Parties' settlement contemplates effectuation of the settlement in the Circuit Court of Cook County, Illinois, where the Action was originally commenced;

WHEREAS, the Parties have conferred and agreed that the Action should be remanded to the Circuit Court of Cook County, Illinois for all further proceedings; and

WHEREAS, the Parties have further agreed that the remand contemplated herein shall be without prejudice to Defendant's rights pursuant to 28 U.S.C. §§1446 and 1453.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. This Action shall be remanded to the Circuit Court of Cook County, Illinois, County Department, Chancery Division;

2. Remand of this Action shall be without prejudice to Defendant's rights pursuant to 28 U.S.C. §§1446 and 1453;

3. The Clerk of the Court shall mark this Action as closed; and

4. Each party will bear their own fees and costs.

Dated: March 1, 2022             Respectfully submitted,

                            By:    /s/ *Brendan Duffner*
                                  Myles McGuire
                                  Evan M. Myers
                                  David L. Gerbie
                                  Brendan Duffner
                                  MCGUIRE LAW, P.C.
                                  55 W. Wacker Drive, 9th Fl.
                                  Chicago, IL 60601
                                  Telephone: (312) 893-7002
                                  mmcguire@mcgpc.com
                                  emeyers@mcgpc.com
                                  dgerbie@mcgpc.com
                                  bduffner@mcgpc.com

                                  *Attorneys for Plaintiff Richard Rogers*

*/s/Charles Andrewscavage (with permission)*

Andrew J. Butcher
Charles Andrewscavage
Jared S. Kramer
SCOPELITIS, GARVIN, LIGHT, HANSON &
FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
Telephone: (312) 255-7200
abutcher@scopelitis.com
candrewscavage@scopelitis.com
jskramer@scopelitis.com

*Attorneys for Defendant Illinois Central Railroad Company*

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 1, 2022, I caused the foregoing *Stipulation to Remand* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Brendan Duffner*

Brendan Duffner
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
bduffner@mcgpc.com